IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** De La Pena Jr, Alfredo S

Printed: 2/19/08

Case Number: 04 B 33301
Judge: Hollis, Pamela S
Filed: 9/8/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 1, 2008
Confirmed: November 1, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 21,440.15 |  |
| Secured: |  | 351.81 |
| Unsecured: |  | 15,886.73 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,001.45 |
| Other Funds: |  | 1,500.16 |
| Totals: | 21,440.15 | 21,440.15 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Sterling Inc | Secured | 351.81 | 351.81 |
| 3. | Discover Financial Services | Unsecured | 6,193.42 | 6,193.42 |
| 4. | Sterling Inc | Unsecured | 351.72 | 351.72 |
| 5. | RoundUp Funding LLC | Unsecured | 2,067.83 | 2,067.83 |
| 6. | World Financial Network Nat'l | Unsecured | 1,022.04 | 1,022.04 |
| 7. | World Financial Network Nat'l | Unsecured | 367.96 | 367.96 |
| 8. | Emerge Mastercard | Unsecured | 5,883.76 | 5,883.76 |
| 9. | Beneficial Financial | Unsecured |  | No Claim Filed |
| 10. | Resurrection Health Care | Unsecured |  | No Claim Filed |
| 11. | Maria Luisa | Unsecured |  | No Claim Filed |
| 12. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
| 13. | Household Bank FSB | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 18,938.54 | $ 18,938.54 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 172.19 |
| 4% | 54.45 |
| 3% | 85.49 |
| 5.5% | 318.01 |
| 5% | 78.45 |
| 4.8% | 132.36 |
| 5.4% | 160.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  De La Pena Jr, Alfredo S

Printed: 2/19/08

Case Number:  04 B 33301
Judge: Hollis, Pamela S
Filed: 9/8/04

_____
$ 1,001.45

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____